**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSE ARVIZU-MONTIJO,        ) | No. CV 08-1104-PHX-SMM (MEA) |
|                             ) | |
|           Petitioner,       ) | |
|                             ) | **MEMORANDUM OF DECISION AND** |
|     vs.                     ) | **ORDER** |
|                             ) | |
| UNITED STATES OF AMERICA,   ) | |
|                             ) | |
|           Respondents,      ) | |
|_____) | |

Pending before the Court is Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The matter was referred to Magistrate Judge Mark E. Aspey for Report and Recommendation. On October 1, 2008, the Magistrate Judge filed a Report and Recommendation with this Court (Doc. 3). To date, no objections have been filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have ten days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is

1 a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."
2 Id.

### DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

### CONCLUSION

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge (Doc. 3).

**IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Doc. 1) is **DENIED**, terminating this case. The Clerk of the Court shall enter judgment accordingly.

DATED this 31st day of October, 2008.

Stephen M. McNamee
United States District Judge